# United States Bankruptcy Court
## Southern District of Ohio

In re  **Brandy N Burrell**                                                                                 Case No.  **2:10-bk-50281**
Debtor(s)                                                                              Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:                    **xxx-xx-9495**

**My Former Mailing Address:**

Name:            **Brandy N Burrell**

Street:           **2174 Black Oak Ave**

City, State and Zip:    **Columbus, OH 43229**

**Please be advised that effective** **July 8, 2015,**
**my new mailing address is:**

Name:            **Brandy N Burrell**

Street:           1670 Dutch Lane NE

City, State and Zip:    Newark, OH 43055

                                                                                                      **/s/ Brandy N Burrell**
                                                                                                      **Brandy N Burrell**
                                                                                                      Debtor